UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON RAY ARNOLD,

Plaintiff,

v.

THURSTON COUNTY, et al.,

Defendants.

CASE NO. 3:25-CV-6067-JNW-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's Motion to Withdraw Case (Dkt. 25) is granted, and this action is dismissed without prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 28th day of July, 2026.

JAMAL N. WHITEHEAD
United States District Judge